**Doretha H. HENDERSON, Authorized Representative of David L. Henderson, Deceased, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7006.

United States Court of Appeals, Federal Circuit.

April 13, 2011.

Thomas W. Stoever, Jr., Jacek Wypych, Arnold & Porter, LLP, Denver, CO, for Claimant–Appellant.

Todd M. Hughes, Department of Justice, Y. Ken Lee, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Before RADER, Chief Judge, NEWMAN, MAYER, LOURIE, SCHALL, BRYSON, GAJARSA, LINN, DYK, PROST, MOORE, O'MALLEY, and REYNA, Circuit Judges.

### ORDER

PER CURIAM.

Upon consideration of the decision of the Supreme Court of the United States in *Henderson v. Shinseki,* —— U.S. ——, 131 S.Ct. 1197, 179 L.Ed.2d 159 (2011) reversing this court's judgment,

It Is Ordered That:

(1) The decision of the United States Court of Appeals for Veterans Claims in *Henderson v. Peake,* 22 Vet.App. 217 (2008) is vacated and the case is remanded for further proceedings consistent with the Supreme Court's opinion.

(2) The revised official caption is reflected above.